✓ FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 0 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR**
**PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-1371-PHX-DLR (JZB) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| | VIO:   18 U.S.C. § 875(c) |
| James Dean Blevins, | (Interstate Communications Containing Threats) |
| Defendant. | Count 1 |
| | 18 U.S.C. § 115(a)(1) |
| | (Retaliation Against a Federal Official by Threats) |
| | Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about September 17, 2018, in the District of Arizona, defendant JAMES DEAN BLEVINS knowingly and willfully transmitted in interstate and foreign commerce communications to United States Senator J. F. containing a threat to injure him and his family.

In violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about September 17, 2018, in the District of Arizona, defendant JAMES DEAN BLEVINS knowingly and willfully threatened to assault, kidnap or murder United States Senator J. F., a United States Official, and his family, with the intent to retaliate

1  against such official on account of the performance of his official duties.

2          In violation of Title 18, United States Code, Section 115(a)(1).

3

4                                A TRUE BILL

5

6                                S/
                              FOREPERSON OF THE GRAND JURY

7                                Date:  October 9, 2018

8

9  ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

10

11  S/
  DIMITRA H. SAMPSON

12  Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28