AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18cr 708 -t |
| James D. Bleums | ) | |
| Defendant | ) | Charging District: |
| | ) | Charging District's Case No. CR-18-1371-PHX-DLR |

FILED / RECEIVED
OCT 29 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court for the District of Arizona. 401 W. Washington St, Phoenix, AZ 85003-2118 | Courtroom No.: N/A |
|---|---|
| | Date and Time: November 6, 2018 |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10-23-18

_____
Judge's signature

M. David Weisman, U.S. Magistrate Judge
Printed name and title

3

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 18cr708-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| James D. Blevins, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Detention hearing held. The Government reports she spoke with the Assistant United States Attorney from the District of Arizona and she was advised that they do not consent to a Rule 20 transfer. Based on the information presented, the Court finds that there are a combination of conditions of release that will assure the Court that Defendant will not be a danger to the community. The Government's motion for removal in custody based on danger to the community is denied. The defendant's son James Joseph Blevins was questioned and admonished on record and the Court finds that he is suitable and can serve as a third-party custodian. The Government and Defendant agreed on certain conditions of release. Defendant signed an unsecured bond in the amount of $4,500. Enter Order Setting Conditions of Release and Appearance Bond. Defendant ordered removed to the District of Arizona. Defendant shall be release upon completion of processing. Enter Order Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail. Status hearing set for 11/15/18 at 9:15 a.m. to ensure defendant has appeared in the District of Arizona. If the parties file a joint status report by noon on 11/13/18 confirming Defendant has appeared in the District of Arizona, the hearing will be stricken.

T: (00:34)

Date: October 23, 2018

M. David Weisman
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 18cr708-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| James D. Blevins, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance hearing held. Removal proceedings held. Defendant James D. Blevins appeared in response to his arrest on 10/18/18. The court advised Defendant of his rights and finds that the Defendant is able to understand his rights as they were reviewed. Attorney Robert Loeb's oral motion for leave to be appointed as counsel on behalf of Defendant is granted. Enter order appointing attorney Robert Loeb under CJA as counsel for Defendant. Defendant was advised of his right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois. The Government shall advise the Court at the next hearing whether they consent to resolve this case in this district or if this case will proceed in the District of Arizona. Government's oral motion for removal in custody based on danger to the community is entered and continued. Detention hearing set for 10/23/18 at 12:30 p.m. Parties can proceed by proffer at the detention hearing as to the allegations in the indictment and pretrial services report. The Court sua sponte remands defendant into federal custody of the U.S. Marshal.

T: (00:11)

Date: October 18, 2018

M. David Weisman
United States Magistrate Judge

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:18-cr-00708 All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Blevins | Date Filed: 10/18/2018 |
| Other court case number: 18cr1371 District of Arizona | Date Terminated: 10/23/2018 |

Assigned to: Honorable M. David Weisman

### Defendant (1)

**James D Blevins**  
*TERMINATED: 10/23/2018*

represented by **Robert A. Loeb**  
Law Office of Robert A. Loeb  
190 S. LaSalle St.  
Suite 520  
Chicago, IL 60603-3410  
(312) 368-0611  
Email: robertloeb@att.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
18:875C.F Interstate Communications - Threats

**Disposition**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ YVETTE PEARSON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 25, 2018

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **AUSA - Chicago**<br>United States Attorney's Office (NDIL - Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Pretrial Services**<br>.<br>(312) 435-5793<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pretrial Services*<br><br>**Kaitlin Grace Klamann**<br>United States Attorney's Office for the Northern Distri<br>219 South Dearborn Street<br>5th Floor<br>Chicago, IL 60604<br>(312) 353-5361<br>Email: kaitlin.klamann@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2018 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable M. David Weisman as to James D Blevins (1) (ek, ) (Entered: 10/18/2018) |
| 10/18/2018 | | ARREST of defendant James D Blevins. (ek, ) (Entered: 10/19/2018) |
| 10/18/2018 | | ORAL MOTION by James D Blevins for leave to appoint counsel. (ek, ) (Entered: 10/19/2018) |
| 10/18/2018 | | ORAL MOTION for removal in custody based on danger to the community by Plaintiff. (ek, ) (Entered: 10/19/2018) |
| 10/18/2018 | 2 | ORDER as to James D Blevins ; Initial appearance hearing held. Removal proceedings held. Defendant James D. Blevins appeared in response to his arrest on 10/18/18. The court advised Defendant of his rights and finds that the Defendant is able to understand his rights as they were reviewed. Attorney Robert Loeb's oral motion for leave to be appointed as counsel on behalf of Defendant is granted. Enter order appointing attorney Robert Loeb under CJA as counsel for Defendant. Defendant was advised of his right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois. The Government shall advise the Court at the next hearing whether they consent to resolve this case in this district or if this case will proceed in the District of Arizona. Government's oral motion for removal in |

| | | | |
|---|---|---|---|
| | | | custody based on danger to the community is entered and continued. Detention hearing set for 10/23/18 at 12:30 p.m. Parties can proceed by proffer at the detention hearing as to the allegations in the indictment and pretrial services report. The Court sua sponte remands defendant into federal custody of the U.S. Marshal. Signed by the Honorable M. David Weisman on 10/18/2018.Mailed notice.(ek, ) (Entered: 10/19/2018) |
| 10/18/2018 | | 3 | ATTORNEY Appearance for defendant James D Blevins by Robert A. Loeb (ek, ) (Entered: 10/19/2018) |
| 10/18/2018 | | 4 | CJA ORDER Appointing Counsel Robert A. Loeb Under the Criminal Justice Act. Signed by the Honorable M. David Weisman on 10/18/2018. Mailed notice (ek, ) (Entered: 10/19/2018) |
| 10/18/2018 | | 5 | FINANCIAL Affidavit filed by James D Blevins (SEALED) (ek, ) (Entered: 10/19/2018) |
| 10/19/2018 | | 6 | PRETRIAL Bail Report as to James D Blevins (SEALED) (Lesch, Judith) (Entered: 10/19/2018) |
| 10/23/2018 | | 7 | ORDER as to James D Blevins : Detention hearing held. The Government reports she spoke with the Assistant United States Attorney from the District of Arizona and she was advised that they do not consent to a Rule 20 transfer. Based on the information presented, the Court finds that there are a combination of conditions of release that will assure the Court that Defendant will not be a danger to the community. The Government's motion for removal in custody based on danger to the community is denied. The defendant's son James Joseph Blevins was questioned and admonished on record and the Court finds that he is suitable and can serve as a third-party custodian. The Government and Defendant agreed on certain conditions of release. Defendant signed an unsecured bond in the amount of $4,500. Enter Order Setting Conditions of Release and Appearance Bond. Defendant ordered removed to the District of Arizona. Defendant shall be release upon completion of processing. Enter Order Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail. Status hearing set for 11/15/2018 at 9:15 a.m. to ensure defendant has appeared in the District of Arizona. If the parties file a joint status report by noon on 11/13/18 confirming Defendant has appeared in the District of Arizona, the hearing will be stricken. Signed by the Honorable M. David Weisman on 10/23/2018. Mailed notice (yap, ) (Entered: 10/24/2018) |
| 10/23/2018 | | 8 | ORDER requiring a defendant James D Blevins to appear in the District where charges are pending and Transferring bail 7 . Signed by the Honorable M. David Weisman on 10/23/2018. (yap, ) (Entered: 10/24/2018) |
| 10/23/2018 | 🔒 | 9 | ORDER Setting Conditions of Release as to James D Blevins in amount of $ 4,500.00, UNSECURED. Signed by the Honorable M. David Weisman on 10/23/2018. (yap, ) (Entered: 10/24/2018) |
| 10/23/2018 | 🔒 | 10 | UNSECURED Bond as to James D Blevins in the amount of $ 4,500.00. (yap, ) (Entered: 10/24/2018) |
| 10/25/2018 | | 11 | CERTIFIED and Transmitted to District of Arizona the complete record and certified copy of docket entries as to James D Blevins (yap, ) . (Entered: 10/25/2018) |