Mark J. Berardoni
State Bar No. 012970
Luhrs Tower
45 West Jefferson St., Suite 403
Phoenix, Arizona 85003-2328
(602) 257-1295
BerardoniLaw@Yahoo.com

Attorney for Defendant - *James Dean Blevins*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | CR 18-01371-001-PHX-DLR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION CONTINUE INITIAL |
| vs. | ) | APPEARANCE/ARRAIGNMENT |
| | ) | |
| James Dean Blevins, | ) | |
| | ) | |
| Defendant. | ) | (First Request) |

The Defendant, James Dean Blevins, by and through undersigned counsel, moves to continue the currently scheduled initial appearance/arraignment hearing to November 14, 2018, at 10:00 a.m, before Magistrate Judge Fine. The current hearing is currently set for November 6, 2018, at 11:30 a.m. before Magistrate Judge Boyle. The request is made because Mr. Blevins was originally advised that his court date in Arizona was scheduled for November 14, 2018. Relying on this information he purchased airlines tickets from Chicago to Phoenix. To change the tickets for the November 6 court date would cause a substantial and unnecessary financial hardship.

The Government, by Assistant United States Attorney Dimitra Hotis Sampson has been advised of the motion and has no opposition to a continuance..

This motion is brought in good faith for the reasons stated and not solely for the purpose of delay. The delay occasioned by granting the motion, and the reasons therefore, outweigh the interest of the Government, the Defendant, and the Public in a speedy trial.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C.§ 3161 (h)(7)(A) may occur as a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 1 day of November, 2018.

s/*Mark J. Berardoni*
Mark J. Berardoni
Attorney for Defendant - James Dean Blevins

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Copy Mailed by U.S. Mail:

James Dean Blevins

By: s/*Mark J. Berardoni*