# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>James Dean Blevins,<br>　　　　Defendant. | No. CR-18-01371-001-PHX-DLR<br>**ORDER** |

The Court has considered Defendant's Motion to Continue Initial Appearance/ Arraignment (Doc. 10). The Government having no objection, and good cause appearing,

IT IS ORDERED granting the Motion to Continue Initial Appearance/ Arraignment (Doc. 10).

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

IT IS FURTHER ORDERED continuing Initial Appearance and Arraignment from November 6, 2018 to **November 14, 2018 at 10:00 a.m.**, before U.S. Magistrate Judge Deborah M. Fine, in the Special Proceedings Courtroom, 2nd Floor, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona.

1    The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from
2 _____ to _____.
3    Dated this 1st day of November, 2018.

_____
Honorable Eileen S. Willett
United States Magistrate Judge