AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

James Dean Blevins

*Defendant*

Case No. CR-18-01371-PHX-DLR

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Dean Blevins,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:875(c) - Interstate Communications Containing Threats
18:115(a)(1) - Retaliation Against a Federal Official by Threats

Date: 10/10/2018

*Issuing officer's signature*

City and state: Phoenix, AZ

Rebecca E. Kobza - Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/10/2018, and the person was arrested on *(date)* 10/18/2018
at *(city and state)* Chicago, IL

Date: 10/31/2018

arrested by US Capitol Police

*Arresting officer's signature*

*Printed name and title*