Mark J. Berardoni
State Bar No. 012970
Luhrs Tower
45 West Jefferson St., Suite 403
Phoenix, Arizona 85003-2328
(602) 257-1295
BerardoniLaw@Yahoo.com

Attorney for Defendant - *James Dean Blevins*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, </br>     Plaintiff, </br> vs. </br> James Dean Blevins, </br>     Defendant. | CR 18-01371-001-PHX-DLR </br></br> MOTION CONTINUE TRIAL & EXTEND TIME TO FILE PRETRIAL MOTIONS </br></br></br> (First Request) |

    The Defendant, James Dean Blevins, by and through undersigned counsel, moves to continue the trial for approximately 60 days. The trial is currently set for January 2, 2018 at 9:00 a.m., in this division. It is further requested that the time for filing pretrial motions be extended in this case. The request is made because additional time is needed for ongoing investigation and the continuing discovery process. A continuance of the trial date and an extension of the time required for the filing of pretrial motions is necessary and appropriate to afford the Defendant the effective assistance of counsel required by the Constitution.

    The Government, by Assistant United States Attorney Dimtra Hotis Sampson, has been advised of the motion and has no opposition to a continuance and to an extension.

    This motion is brought in good faith for the reasons stated and not solely for the purpose of delay. The delay occasioned by granting the motion, and the reasons therefore, outweigh the interest of the Government, the Defendant, and the Public in a speedy trial.

    EXCLUDABLE DELAY pursuant to Title 18 U.S.C.§ 3161 (h)(7)(A) may occur as

a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 27th day of November, 2018.

s/*Mark J. Berardoni*
Mark J. Berardoni
Attorney for Defendant-James Dean Blevins

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Copy Mailed by U.S. Mail:

James Dean Blevins

By: s/*Mark J. Berardoni*