IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                              )<br>           Plaintiff,            )<br>                                              )<br>      v.                              )<br>                                              )<br>                                              )<br>James Dean Blevins, Jr.,       )<br>                                              )<br>           Defendant.          )<br>_____) | CR18-01371-001-PHX-SMB<br><br>ORDER TO CONTINUE<br>SENTENCING HEARING<br><br><br><br>(First Request) |

Upon motion of the defendant, no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion to Continue Sentencing Hearing for the reasons stated in defendant's motion and good cause appearing,

**IT IS FURTHER ORDERED** continuing the sentencing hearing from July 8, 2019, to <u>August 19, 2019 at 3:30 p.m.</u>

DATED this 3rd day of July, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge